TRACY L. WILKISON
United States Attorney
SCOTT GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN (Cal. Bar No. 190414)
Assistant United States Attorney
Chief, Asset Forfeiture Section
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-2727
    Facsimile: (213) 894-0142
    E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ONE HONDA AIRCRAFT, <br><br> Defendant. <br><br> ALEXIS GARDNER; JASON FRANK LAW, PLC; SPRING CREEK RESEARCH, LLC; AND RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP, <br><br> Claimants. | NO. 8:19-CV-1988 JVS (KESx) <br><br> **PLAINTIFF'S STATUS REPORT PURSUANT TO JULY 30, 2020 COURT ORDER** |

      Pursuant to this Court's July 30, 2020 Order, Plaintiff United States of America (the "government") submits this status report.

1

On June 30, 2020, the government filed an *ex parte* application to stay this action pending the conclusion of the related criminal case entitled *United States v. Michael J. Avenatti*, SACR 19-00061 JVS. Docket Number ("DN") 45.

On July 30, 2020, this Court granted the government's application for all purposes until the conclusion of the trial in *Avenatti*. DN 49.

On July 20, 2021, trial began in *Avenatti* on Counts One through Ten of the indictment. The trial on Counts One through Ten of the indictment ended in a mistrial. On October 12, 2021, defendant Avenatti filed a Notice of Appeal with the Ninth Circuit Court of Appeals (21-50225). Oral argument in the appeal case was held on March 10, 2022 and judgment was entered on March 16, 2022. Trial on counts One through Ten is re-set to begin on July 5, 2022. The parties will meet and confer regarding a trial date on Counts Eleven through Thirty-Six.

The government's next status report will be due on or before September 16, 2022.

DATED: May 20, 2022

TRACY L. WILKISON
United States Attorney
SCOTT GARRINGER
Assistant United States Attorney
Chief, Criminal Division

 /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA