E. MARTIN ESTRADA
United States Attorney
SCOTT GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
JAMES E. DOCHTERMAN (Cal Bar. No. 256396)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
   1400 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2686
   Facsimile: (213) 894-0142
   E-mail: James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>        v.<br>ONE HONDA AIRCRAFT,<br>        Defendant. | NO. 8:19-CV-1988 JVS (KESx)<br><br>**PLAINTIFF'S STATUS REPORT PURSUANT TO JULY 30, 2020 COURT ORDER** |
| ALEXIS GARDNER; JASON FRANK LAW, PLC; SPRING CREEK RESEARCH, LLC; AND RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,<br>        Claimants. | |

Pursuant to this Court's July 30, 2020, Order, Plaintiff United States of America (the "government") submits this status report.

On June 30, 2020, the government filed an *ex parte* application to stay this action pending the conclusion of the related criminal case entitled *United States v. Michael J. Avenatti*, SACR 19-00061 JVS. Docket Number ("DN") 45. On July 30, 2020, this Court granted the government's application for all purposes until the conclusion of the trial in *Avenatti*. DN 49.

On July 20, 2021, trial began in *Avenatti* on Counts One through Ten of the indictment. The trial on Counts One through Ten of the indictment ended in a mistrial. On October 12, 2021, defendant Avenatti filed a Notice of Appeal with the Ninth Circuit Court of Appeals (21-50225). Oral argument in the appeal case was held on March 10, 2022 and judgment was entered on March 16, 2022. The trial on Counts 1-4 and 6-7 of the Indictment was vacated. On June 6, 2022, Avenatti pled guilty to Counts 5, 8-10, and 19. On December 8, 2022, Avenatti was sentenced to 168 months for Counts 5 and 8-10 and 36 months on Count 19. On January 6, 2023, defendant Avenatti filed an Amended Notice of Appeal with the Ninth Circuit Court of Appeals (22-50301) for Counts 5 and 8-10 and Count 19. The trial on Counts 11-18 and 20-36 of the Indictment is continued to February 21, 2023.

On February 9, 2023, defendant Avenatti filed in *Avenatti* a motion to stay restitution (Dkt. 1088), and an opposition (Dkt. 1089) to the government's application for an order directing the clerk of the court to disburse funds held by the IRS to victim Michelle Phan (Dkt. 1087). On February 14, 2023, the Court denied the government's application for an order to disburse funds from the IRS. (Dkt. 1092).

On April 19, 2023, the government filed an application in *Avenatti* regarding the ancillary criminal forfeiture proceedings to determine the disposition of the defendant One Honda aircraft, which was criminally forfeited pursuant to a

Preliminary Order of Forfeiture entered on August 9, 2022 in *Avenatti* (Dkt. 975), and in which case four parties filed petitions claiming an interest (Dkts. 984, 986, 989, and 991). Said application requested that the Court (1) set a briefing schedule for all petitioners, or (2) if necessary, refer this ancillary proceeding to a Magistrate Judge for fact-finding and recommendations for the disposition of the defendant One Honda aircraft. The Court granted the government's application on April 27, 2023, ordering that petitioners were to file briefs setting forth each petitioner's position as to the primacy of such petitioner's interest in the Honda aircraft (Dkt. 1099); pursuant to an unopposed ex parte application by Richard Marshack to continue the briefing schedule, the Court reset the due dates so that petitioners' briefs are now due on June 12, 2023, reply briefs on June 19, 2023, and the hearing on the petitions will be held on June 26, 2023. (Dkt. 1101).

      The government's next status report will be due on or before September 10, 2023.

DATED: May 23, 2023

E. MARTIN ESTRADA
United States Attorney
SCOTT GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

  */s/ James E. Dochterman*
JAMES E. DOCHTERMAN
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA